EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex Parte: <br><br> Samuel Almodóvar Toro <br> José A. Rodríguez Roldán <br> José Antonio Morales <br> Elisa Rivera Negrón <br> Karem Medina Romero <br> Melissa Cumpiano Acevedo <br> Ana Bonelli Cabán <br> José Armando Rivera Boucher | 2011 TSPR 23 <br><br> 180 DPR ____ |

Número del Caso:    TS-9526
                       TS-4650
                       TS-3793
                       TS-6832
                       TS-15,718
                       TS-12,188
                       TS-5086
                       TS-6424
                       TS-4525

Fecha: 2 de febrero de 2011

Materia:  Bajas  voluntarias  al  ejercicio  de  la  abogacía correspondientes al mes de enero.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

| | |
|---|---|
| Samuel Almodóvar Toro | TS-9526 |
| José A. Rodríguez Roldán | TS-4650 |
| José Antonio Morales | TS-3793 |
| Elisa Rivera Negrón | TS-6832 |
| Karem Medina Romero | TS-15,718 |
| Melissa Cumpiano Acevedo | TS-12,188 |
| Maritza Silva Cofresí | TS-5086 |
| Ana Bonelli Cabán | TS-6424 |
| José Armando Rivera Boucher | TS-4525 |

RESOLUCIÓN

San Juan, Puerto Rico, a  2  de febrero de 2011.

Durante el mes de enero de 2011, este Tribunal autorizó la Baja Voluntaria del ejercicio de la abogacía de los siguientes abogados.

| | |
|---|---|
| Samuel Almodóvar Toro | 9526 |
| José A. rodríguez Roldán | 4650 |
| José Antonio Morales | 3793 |
| Elisa Rivera Negrón | 6832 |
| Karem Medina Romero | 15,718 |
| Melissa Cumpiano Acevedo | 12,188 |
| Maritza Silva Cofresí | 5086 |
| Ana Bonelli Cabán | 6424 |
| José Armando Rivera Boucher | 4525 |

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo